438 A.2d 633

Meade Land and Development, et al., Appellants,
v. Funk.

Argued September 10, 1980. Paul J. Duca, appellants; Joseph G. Feldman, submitted a brief on behalf of appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

440 A.2d 1237

Sabatasse, et ux. v. Tustin, et al., Appellants.
Reargument Denied March 3, 1982.

Argued November 12, 1980. Peter M. Suwak, for appellants; George Retos, Jr., for appellees.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.